Date: 05/03/10

**DIVIDENDS REMITTED TO THE COURT**

Check Number 3009 Dated 05/03/10

Case Number 09-11278 - DEROCHA, MICHAEL F

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Fair Point**<br>30 E, Main St.<br>Westfield, NY 14787-1320 | 000001 | 45.92 | 0.86 |
| ---------- Remittance Total ---------- | | 45.92 | 0.86 |

MARC S. EHRLICH, TRUSTEE

COURT1

Printed: 05/03/10 09:39 AM    Ver: 15.08